```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
```

**JOSEPH PIOTROWSKI,**

                **Petitioner,**

            v.                        CASE NO. 07-3023-SAC

**STATE OF FLORIDA,**

                **Respondent.**

### O R D E R

      This petition for writ of habeas corpus, 28 U.S.C. §§ 2241, 2254, was filed upon payment of the filing fee by an inmate of the United States Disciplinary Barracks, Fort Leavenworth, Kansas. As noted in a prior Order, Mr. Piotrowski seeks to challenge a detainer issued by the State of Florida, and lodged against him at the USDB, based upon 3 counts of "DUI Manslaughter" and 1 count of Vehicular Homicide. In the prior Order, petitioner was given twenty (20) days to show cause why this action should not be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The time has elapsed, and petitioner has filed no response to that Order.

      28 U.S.C. 1404(a) provides that a district court, for the convenience of the parties and in the interest of justice, may transfer any civil action to any other district where it might have been brought. The transfer of this action is appropriate because petitioner's claims arise from a criminal judgment entered in Hillsborough County, Florida; the relevant records are located in Florida; and if any formal proceedings are required in this case,

the Middle District of Florida would be more convenient for witnesses.

**IT IS THEREFORE ORDERED** this petition for habeas corpus is transferred to the United States District Court for the Middle District of Florida for all further review.

A copy of this order shall be transmitted to the petitioner.

**IT IS SO ORDERED**.

DATED: This 11th day of April, 2007, at Topeka, Kansas.

<u>**s/ Sam A. Crow**</u>
**U.S. Senior District Judge**

2